May Term, 1861.

HILL
v.
GARDNER.

---

HILL *v.* GARDNER.

Saturday,
June 1.

APPEAL from the *Sullivan* Circuit Court.

*Per Curiam.*—This case is here upon the evidence. It preponderates, on paper, in favor of the appellant. It might have been otherwise to the hearer and observer of its delivery.

The evidence for the plaintiff, taken by itself, clearly authorized the judgment. It is a· case of weighing, and deducing inference from testimony.

The judgment is affirmed, with 2 per cent. damages and costs.

*S. Coulson,* for the appellant.

*J. E. McDonald, A. L. Roache* and *Neff & Neff,* for the appellee.

The judgment is affirmed, with 1 per cent. damages and costs.